Colonial Discount Co., Inc., Appellant, v. Robert E. Rumens, Respondent.

Submitted May 20, 1937; decided June 8, 1937.

*Joseph B. Quinlan* for appellant.

*Thomas R. Fay, George A. Gibson* and *Ira G. Goldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.